=================================================================
This memorandum is uncorrected and subject to revision before
publication in the New York Reports.
-----------------------------------------------------------------
No. 72  SSM 26
The People of the State of New
York,
                    Respondent,
              v
John Gibson,
                    Appellant.


          Submitted by Bryan M. Racino, for appellant.
          Submitted by Emilee B. Davenport, for respondent.




MEMORANDUM:

          The order of the Appellate Division should be affirmed.

          A determination whether exigent circumstances existed

to justify the warrantless entry into the apartment involves a

mixed question of law and fact.  Where, as here, there exists

record support for the Appellate Division's resolution of this

question; the issue is beyond this Court's power of review (see

- 1 -

People v Brown, 95 NY2d 942 [2000], People v Hallman, 92 NY2d 840
[1998]).

We agree with the Appellate Division that defendant's
remaining contentions lack merit or are unpreserved.

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

On review of submissions pursuant to section 500.11 of the Rules,
order affirmed, in a memorandum.  Chief Judge Lippman and Judges
Read, Pigott, Rivera and Abdus-Salaam concur.  Judges Stein and
Fahey took no part.


Decided February 17, 2015